UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:16-cr-179-WTL-DML |
| DAVID GRICE, | ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that David Grice's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1 (a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant shall have his supervised release **REVOKED**.

2. Defendant shall be sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months with thirty-nine (39) months of supervised release to follow.  In addition to the mandatory conditions of supervision, the Defendant shall comply with conditions of supervised release as listed in paragraphs 1 through 23 of the Revocation Parameters Worksheet.

3. The Court recommends the Defendant be placed at FCI Florence, Colorado; however, **Defendant shall not be placed at FCI Terre Haute, Indiana**.

SO ORDERED this 20th day of December, 2016.

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana